Robert J. Feinstein, Esq.
Gabrielle A. Rohwer, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY 10017
Telephone: 212.561.7700
Facsimile: 212.561.7777

Counsel for Grant Thornton Ltd., in its
capacity as Receiver for Blockbuster Canada Co.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| BLOCKBUSTER CANADA CO., | Case No. 11-12433 (___) |
| Debtor. | |

**DISCLOSURE PURSUANT TO BANKRUPTCY RULE 1007(a)**
**REGARDING CORPORATE OWNERSHIP, ADMINISTRATORS**
**IN FOREIGN PROCEEDINGS, PENDING LITIGATION, AND ENTITIES**
**AGAINST WHOM PROVISIONAL RELIEF IS SOUGHT UNDER § 1519**

Pachulski Stang Ziehl & Jones LLP, as counsel for Grant Thornton Ltd., as the foreign

representative of Blockbuster Canada Co. (the "Debtor"), as defined under section 101(24) of

title 11 of the United States Code (the "Bankruptcy Code"), in the above-captioned case under

chapter 15 of the Bankruptcy Code, hereby provides the information required in accordance with

Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedures.

**Corporate Ownership Statement**

The Debtor is a wholly-owned subsidiary of Blockbuster Canada Inc., which is itself a

debtor entity in *In re Blockbuster, Inc., et al.* (Case No. 10-14997) pending before the United

States Bankruptcy Court in the Southern District of New York.

**Persons Authorized to Administer the Debtor's Foreign Proceedings**

Attached hereto as **Exhibit A** is a list containing the names and addresses of all persons or bodies authorized to administer foreign proceedings of the Debtor.

**Litigation Parties in the United States**

Attached hereto as **Exhibit B** is a list containing the parties to litigation pending in the United States in which the Debtor is a party as of the time of the filing of its chapter 15 petition.

**Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519**

The Debtor is not seeking provisional relief in connection with its chapter 15 petition.

Dated: May 20, 2011

PACHULSKI STANG ZIEHL & JONES LLP


*/s/ Robert J. Feinstein*
Robert J. Feinstein, Esq.
Gabrielle Albert Rohwer, Esq.
780 Third Avenue, 36th Floor
New York, NY 10017
Tel: (212) 561-7700
Fax: (212) 561-7777
Email: rfeinstein@pszjlaw.com

Counsel for Grant Thornton Ltd., in its capacity as
Receiver for Blockbuster Canada Co.

# EXHIBIT A

**(Authorized Persons to Administer Foreign Proceedings)**

| Company / Firm | Representative<br>(Title) | Address |
|---|---|---|
| Grant Thornton Ltd. | Michael Creber<br>(Senior Vice President) | South Tower, Royal Bank Plaza<br>19th Floor, 200 Bay Street<br>Toronto, ON M5J 2P9 |

# EXHIBIT B

## (Parties to Pending Litigation in the United States)

| Case | Court | Case Number | Law Firm | Attorney | Party Representing |
|------|-------|-------------|----------|----------|--------------------|
| *In re Blockbuster, Inc., et al.* | United States Bankruptcy Court Southern District of New York | 10-14997 | Weil, Gotshal & Manges LLP 767 Fifth Avenue New York, NY 10153 | Stephen Karotkin, Esq. | Debtors: Blockbuster Inc., et al. |